**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS**

**PATRICE MOGAKA,** Inventor, Founder of SLASHAR L.L.C., Plaintiff,

v.

**UNITED STATES DEPARTMENT OF DEFENSE, NATIONAL SCIENCE FOUNDATION, and UNIDENTIFIED GLOBAL ENTITIES UTILIZING PROJECTILE MOTION EQUATIONS WITHOUT LICENSE,\** Defendants.

Civil Action No.: TBD  4:25cv759 JCB/KNM

**COMPLAINT FOR DECLARATORY JUDGMENT, DAMAGES, AND INJUNCTIVE RELIEF**

**NATURE OF THE ACTION**

1. Plaintiff, Patrice Mogaka, through his company SLASHAR L.L.C., brings this action to enforce his legally recognized intellectual property rights concerning an innovative smart defense technology that significantly alters the practical understanding, execution, and tracking of projectile motion.

2. Plaintiff holds a duly registered and enforceable patent that establishes an advanced system rendering traditional projectile motion calculations obsolete or secondary to the Plaintiff's invention.

3. The continued unlicensed application of classical projectile motion equations by defense departments, research institutions, and private entities, without integration or acknowledgment of the Plaintiff's innovation, constitutes unjust enrichment, negligent usage of outdated models, and a de facto infringement of proprietary intellectual concepts.

4. The Plaintiff hereby seeks: a. A declaratory judgment recognizing the Plaintiff's technology as a legally superior system; b. A global licensing fee settlement in the amount of **\$1 trillion USD**; c. Injunctive relief against any future unlicensed use of projectile motion frameworks without integration of the patented system; d. Immediate negotiations for global rights management.

**JURISDICTION AND VENUE**

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1338 as this action arises under the laws of the United States relating to patents and intellectual property.

2. Venue is proper in the Eastern District of Texas pursuant to 28 U.S.C. § 1391(b) and (c) as the Plaintiff resides and conducts business in Texas.

**PARTIES**

1. Plaintiff Patrice Mogaka is an individual residing in the State of Texas and is the sole founder of SLASHAR L.L.C., a company incorporated under the laws of Arizona with a business presence in Texas.

2. Defendants include the United States Department of Defense, the National Science Foundation, and global academic, defense, and commercial entities whose names and identities will be amended as discovery reveals.

**FACTUAL BACKGROUND**

1. Plaintiff is the inventor of a revolutionary smart home firearm tracking and projectile response system, as protected under his registered patent.

2. This invention redefines how projectile behavior is monitored, predicted, and deployed, rendering many classical projectile motion models inadequate or outdated.

3. Despite this advancement, government agencies, defense contractors, and scientific bodies continue to teach, use, and base critical systems on the outdated model, with no integration of or licensing agreement with Plaintiff.

4. Plaintiff's system introduces mechanisms of action, tracking, and dynamic prediction beyond Newtonian physics, presenting a modernized framework for defense, security, and research institutions.

5. As such, these entities should either cease the use of projectile motion altogether, or recognize and license the Plaintiff's superior system.

**CAUSES OF ACTION**

**COUNT I: DECLARATORY JUDGMENT (28 U.S.C. § 2201)** 14. Plaintiff seeks a judicial declaration affirming that his technology is a novel and superior alternative to traditional projectile motion systems.

**COUNT II: INFRINGEMENT BY NEGLECTED USAGE** 15. Defendants' continued reliance on outdated projectile equations without acknowledgment or integration of Plaintiff's system constitutes intellectual negligence and philosophical infringement.

**COUNT III: UNJUST ENRICHMENT** 16. Defendants have benefited from Plaintiff's innovation by failing to adapt or license a superior system, denying Plaintiff rightful economic benefit.

**COUNT IV: DEMAND FOR COMPULSORY GLOBAL LICENSING** 17. Plaintiff demands enforcement of a \$1 trillion global licensing fee for continued usage of projectile-based frameworks not integrated with or licensed under SLASHAR's system.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter a declaratory judgment recognizing the Plaintiff's technology as a foundational upgrade to projectile tracking and deployment;

B. Award Plaintiff damages in the amount of \$1 trillion USD;

C. Grant preliminary and permanent injunctive relief against any continued unlicensed usage;

D. Mandate negotiations with global bodies for integration and adoption;

E. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

**Patrice Mogaka **\ Inventor, Founder, SLASHAR L.L.C.\ Pro Se Plaintiff

July 16th 2025

*[signature]*

1500 Preston Rd Apt 2410
Plano, Texas
75093
945-257-5288